Prepared by State Reporter from Appeal Papers

DORA SILVERMAN, Respondent, *v.* HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.

*Negligence — railroads — streets — injury to pedestrian struck by street railway car at crossing.*

*Silverman* v. *Sheeran,* 218 App. Div. 722, affirmed.

(Argued May 19, 1927; decided June 7, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 6, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, while crossing University place at Eighth street in the borough of Manhattan, was struck by one of defendant's cars and received the injuries complained of. The defense was contributory negligence.

*Ambrose Clogher* and *Henry J. Smith* for appellant.

*Manley J. Greenwald* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE R. H. HOWES CONSTRUCTION COMPANY, Respondent, *v.* THE CHILDS DINING HALL COMPANY OF NEW JERSEY, Appellant.

*Arbitration — building contract — alleged misconduct of arbitrators.*

*Howes Constr. Co.* v. *Childs Dining Hall Co.,* 218 App. Div. 817, affirmed.

(Argued May 18, 1927; decided June 7, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1926, which affirmed a judgment in favor of plaintiff entered upon an order of Special